**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EVELYN CASTILLO, on behalf of herself and
all others similarly situated,
                       Plaintiffs,

     -against-

HUDSON THEATRE, LLC, d/b/a Hudson
Theatre,
                       Defendants.
-----------------------------------------------------------X
EVELYN CASTILLO, on behalf of herself and
all others similarly situated,
                       Plaintiffs,

     -against-

LYRIC THEATRE OF NEW YORK, INC.,
d/b/a Lyric Theatre,
                       Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2019

18 **CIVIL** 7931 (JPO)

## JUDGMENT

18 **CIVIL** 7943 (JPO)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2019, Defendants' motions to dismiss are granted, and the Plaintiffs' complaints in these two actions are dismissed.

**Dated:** New York, New York
          September 30, 2019

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/1/2019